**ORIGINAL**



FILED

02/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0061

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0061

_____

SOUTHWEST DISTRIBUTING CO., d/b/a SWD
URETHANE,

      Petitioner,

v.

MONTANA NINETEENTH JUDICIAL DISTRICT
COURT, LINCOLN COUNTY, HON. MATTHEW J.
CUFFE, Presiding Judge,

      Respondent.

ORDER

**FILED**

FEB - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Petitioner Southwest Distributing Co., d/b/a SWD Urethane (Southwest) seeks a writ of supervisory control over the Montana Nineteenth Judicial District Court in Cause No. DV-22-72 to reverse that court's November 21, 2023 Opinion and Order Re: Motion to Dismiss for Lack of Personal Jurisdiction that denied Southwest's motion to dismiss. Southwest maintains the District Court erred in concluding it could exercise personal jurisdiction over Southwest pursuant to M. R. Civ. P. 4(b)(1).

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Nineteenth Judicial District Court and the named parties in Cause No. DV-22-72 are granted to and including March 8, 2024, to prepare, file, and serve responses to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Nineteenth Judicial District Court Cause No. DV-22-72, and to the Honorable Matthew J. Cuffe, presiding District Judge.

DATED this 8th day of February, 2024.

For the Court,

By _____
               Justice